USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Amos Financial, LLC**,

Plaintiffs,

-against-

**Sullivan County, et al.,**

Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING CONFERENCE**

***7:24-cv-5365 NSR-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

The status conference previously scheduled for **July 21, 2026 at 10:30 am**, before the Hon. Victoria Reznik, U.S.M.J., is adjourned sine die. A conference will be scheduled after the Amended Complaint and Answer are filed.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE CHANGE IMMEDIATELY!**

**SO ORDERED.**

DATED: White Plains, New York
July 17, 2026

VICTORIA REZNIK
United States Magistrate Judge