USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Amos Financial, LLC,**

Plaintiffs,

-against-

**Sullivan County, et al.,**

Defendant.

---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:24-cv-5365 NSR-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **October 14, 2026 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. **At the Status Conference, the parties should be prepared to discuss the issue raised in ECF No. 140**.

**SO ORDERED.**

DATED: White Plains, New York
October 1, 2026

VICTORIA REZNIK
United States Magistrate Judge